CHRISTOPHER J. KERN, ESQUIRE
525 Route 73 North
Suite 104
Marlton, NJ 08053
(856) 751-4771
Attorneys for Debtor(s)
By: Christopher J. Kern, Esquire (CJK – 5314)

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| RAMONA PRICHETT | : | BANKRUPTCY CASE NO. 15-17855 (ABA) |
|  | : | CHAPTER 13 |
| Debtor | : |  |
|  | : | **APPLICATION PURSUANT TO LOCAL** |
|  | : | **RULE 3(k) FOR ENTRY OF A WAGE** |
|  | : | **ORDER** |

The Debtor(s), by their attorney, Christopher J. Kern, Esquire, hereby make an application pursuant to Local Rule 3(k) for the entry of a Wage Order to allow the Debtor's employer to fund the Trustee and/or mortgage payments through wages, and in support thereof state the following:

1. Debtor(s) desire to assure required monthly payments to the Trustee and/or mortgage companies. Debtor(s) indicate a wage order would be beneficial to all parties inasmuch as it would assure such payments and successful completion of the Chapter 13 plan as well as rehabilitation of the Debtor(s) in compliance with the legislative intent of Title 11.

2. Debtor(s)'s counsel hereby submits the wage order to the Court herewith.

3. Debtor has served a copy of this application and a copy of the wage order on the following:

Isabel C. Balboa, Esquire                West-Ward Pharmaceuticals
Cherry Tree Corporate Center             401 Industrial Way West
535 Route 38, Suite 580                  Eatontown, NJ 07724
Cherry Hill, NJ 08002

WHEREFORE, applicant requests that the Court enter the Wage Order above-referenced and submitted to the court herewith.

Respectfully submitted,

DATED: August 28, 2015

/s/ Christopher J. Kern, Esquire
Christopher J. Kern, Esquire
Attorney for Debtor(s)/Applicant(s)